IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KIMBERLY VINSON,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Civ. No. 1:14-cv-01120-TC<br><br>OPINION AND ORDER |

**MCSHANE, Judge**:

    Magistrate Judge Thomas M. Coffin issued a Findings and Recommendation (F & R) on March 4, 2015, in which he recommended that this Court dismiss plaintiff's complaint for failure to comply with a court order and failure to prosecute. The matter is now before this Court. 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    Because no objections to the F & R were timely filed, this Court reviews only the legal principles *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444–45 (9th Cir. 1988) (citations omitted). Upon review, this Court finds no error in Judge Coffin's F & R, ECF No. 11. As indicated by Judge Coffin, plaintiff failed to file either an opening brief or a motion for extension of time.

## CONCLUSION

    This Court ADOPTS Judge Coffin's F & R, ECF No. 11, in full. Accordingly, this matter is dismissed for failure to comply with a court order and failure to prosecute.

1 – OPINION AND ORDER

IT IS SO ORDERED.

DATED this 30th day of March, 2015.

                                                 _____
                                                 **Michael J. McShane**
                                                 **United States District Judge**